UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: §
§
EDWARDS, JEFFREY SCOT § Case No. 3:13-bk-07108-3F7
EDWARDS, LINDA GOODWIN §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GORDON P. JONES, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 291,393.01                    Assets Exempt: 6,109.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,299.98      Claims Discharged
                                                Without Payment: 20,243,813.81

Total Expenses of Administration: 6,700.02

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,099,268.00 | $ 281,634.41 | $ 39,916.58 | $ 3,299.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,700.02 | 6,700.02 | 6,700.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 61,284.00 | 61,284.00 | 61,284.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,163,818.43 | 20,104,875.81 | 20,104,875.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 21,324,370.43 | $ 20,454,494.24 | $ 20,212,776.41 | $ 10,000.00 |

    4)  This case was originally filed under chapter 13 on  12/02/2013 , and it was converted to chapter 7 on  08/15/2014 .  The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2015          By:/s/GORDON P. JONES, TRUSTEE
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HOUSEHOLD GOODS AND FURNISHINGS | 1129-000 | 3,000.00 |
| JEWELRY | 1129-000 | 500.00 |
| 1998 CHRYSLER SEBRING, 2004 NISSAN MURANO AND | 1129-000 | 6,500.00 |
| TOTAL GROSS RECEIPTS | | $ 10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE (2011 LIEN) PO BOX 7346 PHILADELPHIA, PA 19101 | | 274,817.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PHH MORTGAGE CORPORATION | 4110-000 | 274,817.00 | 207,558.79 | 0.00 | 0.00 |
| 000010 | USAA FEDERAL SAVINGS BANK | 4110-000 | 274,817.00 | 34,159.04 | 0.00 | 0.00 |
| 00001A | INTERNAL REVENUE SERVICE | 4300-000 | 274,817.00 | 39,916.58 | 39,916.58 | 3,299.98 |
| TOTAL SECURED CLAIMS | | | $ 1,099,268.00 | $ 281,634.41 | $ 39,916.58 | $ 3,299.98 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JONES, GORDON P. | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| JONES, GORDON P. | 2200-000 | NA | 116.38 | 116.38 | 116.38 |
| UNION BANK | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| JOHNSON, EUGENE | 3210-000 | NA | 3,960.00 | 3,960.00 | 3,960.00 |
| JOHNSON, EUGENE | 3220-000 | NA | 254.64 | 254.64 | 254.64 |
| MOCKE - APPRAISER, PETER | 3711-000 | NA | 559.00 | 559.00 | 559.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,700.02 | $ 6,700.02 | $ 6,700.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

Case 3:13-bk-07108-JAF    Doc 112    Filed 10/28/15    Page 5 of 12

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001B | INTERNAL REVENUE SERVICE | 5800-000 | 61,284.00 | 61,284.00 | 61,284.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 61,284.00 | $ 61,284.00 | $ 61,284.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE CRB/CARE CREIT PO BOX 965036 ORLANDO, FL 32896 | | 1,120.00 | NA | NA | 0.00 |
| | LANCASTER COLLECTIONS 218 W ORANGE STREET LANCASTER, PA 17603 | | 243.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SALLIE MAE PO BOX 9635 WILKES-BARRRE, PA 18773 | | 61,842.00 | NA | NA | 0.00 |
| | USAA CREDIT CARD PO BOX 65020 SAN ANTONIO, TX 78265 | | 14,449.00 | NA | NA | 0.00 |
| 000004 | ALTAIR OH XIII, LLC | 7100-000 | 12,256.00 | 13,205.29 | 13,205.29 | 0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 2,045.00 | 2,045.21 | 2,045.21 | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,561.00 | 20,688.11 | 20,688.11 | 0.00 |
| 000011 | BELLSOUTH TELECOMMUNICATIONS, INC. | 7100-000 | 374.00 | 374.82 | 374.82 | 0.00 |
| 0001C | INTERNAL REVENUE SERVICE | 7100-000 | 10,965.08 | 10,965.08 | 10,965.08 | 0.00 |
| 000003 | NAVY FEDERAL CREDIT UNION | 7100-000 | 25,840.00 | 25,473.66 | 25,473.66 | 0.00 |
| 000008 | PEGGY CAIN, JEFFREY CAIN AND | 7100-000 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 0.00 |
| 000009 | PEGGY CAIN, JEFFREY CAIN AND | 7100-000 | 750.00 | 750.00 | 750.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,310.00 | 2,310.29 | 2,310.29 | 0.00 |
| 0001D | INTERNAL REVENUE SERVICE | 7300-000 | 29,063.35 | 29,063.35 | 29,063.35 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,163,818.43 | $ 20,104,875.81 | $ 20,104,875.81 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

Case No: 13-07108    3F7    Judge: JERRY A. FUNK  
Case Name: EDWARDS, JEFFREY SCOT  
EDWARDS, LINDA GOODWIN  
For Period Ending: 10/13/15

Trustee Name: GORDON P. JONES, TRUSTEE  
Date Filed (f) or Converted (c): 08/15/14 (c)  
341(a) Meeting Date: 09/18/14  
Claims Bar Date: 12/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 595 CHIVAS COURT, ORANGE PARK, FL | 274,817.00 | 0.00 | | 0.00 | FA |
| 2. NAVY FEDERAL CREDIT UNION | 5.00 | 0.00 | | 0.00 | FA |
| 3. NAVY FEDERAL CREDIT UNION | 5.01 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,391.00 | 3,000.00 | | 3,000.00 | FA |
| 5. COLLECTIONS - BOYD'S BEARSTONES | 150.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 5,400.00 | 500.00 | | 500.00 | FA |
| 8. SEWING MACHINE | 15.00 | 0.00 | | 0.00 | FA |
| 9. BLOUSES, DRESSES, PATS, PURSES AND SHOES | 575.00 | 0.00 | | 0.00 | FA |
| 10. BELLSOUTH STOCK | 135.00 | 0.00 | | 0.00 | FA |
| 11. 1998 CHRYSLER SEBRING, 2004 NISSAN MURANO AND 1986 ISUZUTROOPER II | 4,000.00 | 6,500.00 | | 6,500.00 | FA |
| 12. ACCOUNTS RECEIVABLE | 15,000.00 | 0.00 | | 0.00 | FA |
| 13. OFFICE EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $305,393.01    $10,000.00    $10,000.00

Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/01/14 - APPLICATION TO EMPLOY PETER MOCKE AS APPRAISER FOR THE ESTATE (docket #58).  
10/01/14 - EMAIL T0 APPRAISER.  
10/02/14 - ORDER EMPLOYING PETER MOCKE AS APPRAISER FOR THE ESTATE (docket #60) (POS 61).  
10/15/14 - RECEIPT OF CLERK'S NOTICE OF PRESUMED ABUSE UNDER 11 U.S.C. §707 (docket #63).

| | | |
|---|---|---|
| Case No: | 13-07108    3F7    Judge: JERRY A. FUNK | Trustee Name: GORDON P. JONES, TRUSTEE |
| Case Name: | EDWARDS, JEFFREY SCOT | Date Filed (f) or Converted (c): 08/15/14 (c) |
| | EDWARDS, LINDA GOODWIN | 341(a) Meeting Date: 09/18/14 |
| | | Claims Bar Date: 12/17/14 |

10/22/14 - APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY (docket #65).

10/22/14 - RESPONSE TO PHH MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (docket #67).

10/23/14 - ORDER EMPLOYING EUGENE JOHNSON AS ATTORNEY (docket #68) (POS 70).

10/23/14 - ORDER SCHEDULING HEARING ON PHH MORTGAGE'S MOTION FOR RELIEF FROM STAY SCHEDULED FOR 11/10/14 @ 1:30 P.M. (docket #69).

10/27/14 - OBJECTION TO EXEMPTIONS FILED BY EUGENE JOHNSON (docket #71).

10/27/14 - NOTICE OF EUGENE JOHNSON'S RULE 2004 SCHEDULED FOR 11/24/14 @ 10:00 A.M. (docket #72).

11/05/14 - RECEIPT OF PETER MOCKE'S APPRAISAL ($25,423) (docket #75).

11/05/14 - CERTIFICATE OF SERVICE OF PETER MOCKE'S APPRAISAL (docket #76).

11/13/14 - WITHDRAWAL OF TRUSTEE'S RESPONSE TO PHH MORTGAGE'S MOTION RELIEF FROM STAY FILED BY EUGENE JOHNSON (docket #78).

11/25/14 - ORDER DISMISSING CASE (docket #81).

12/04/14 - TRUSTEE'S MOTION TO VACATE ORDER OF DISMISSAL FILED BY EUGENE JOHNSON (docket #84).

12/08/14 - NOTICE OF HEARING ON MOTION TO VACATE ORDER DISMISSING CASE SCHEDULED FOR 1/7/15 @ 1:30 P.M. (docket #85).

01/02/15 - CLAIMS EXAMINED, OBJECTIONS TO BE FILED.

01/13/15 - ORDER GRANTING TRUSTEE'S MOTION TO VACATE ORDER OF DISMISSAL (docket #88).

01/14/15 - NOTICE OF (A) COMPROMISE, (B) SELL PROPERTY FREE AND CLEAR OF IRS LIEN, (C) VALUE IRS LIEN AND (D) SET DISTRIBUTIONS FILED BY EUGENE JOHNSON (docket #90).

02/25/15 - ORDER APPROVING COMPROMISE AND MOTION TO SELL (docket #94).

03/02/15 - OBJECTION TO CLAIM 10 MAILED CERTIFIED MAIL/RETURN RECEIPT REQUESTED (docket #96).

03/03/15 - EMAILED FORMS 1 & 2 TO STEVE VANDERWILT FOR REVIEW.

03/09/15 - RECEIPT OF EMAIL FROM STEVE VANDERWILT ADVISING NO ACCOUNTANT REQUIRED.

03/17/15 - RECEIPT OF RETURN RECEIPT SIGNED BY USAA FEDERAL SAVINGS BANK.

03/19/15 - EMAILED FORMS 1 7 2 TO EUGENE JOHNSON REQUESTING FEE APPLICATION.

03/26/15 - RECEIPT OF EUGENE JOHNSON'S FEE APPLICATION (docket #97).

04/29/15 - ORDER ON CLAIM 10 (docket #99) (POS 101).

05/06/15 - OBJECTION TO CLAIM 2 (docket #102).

06/15/15 - ORDER ON CLAIM 2 (docket #103) (POS 104).

06/23/15 - TFR

06/25/15 - NFR SERVED BY TRUSTEE.

07/21/15 - ODDF TO COURT.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-07108    3F7    Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
| Case Name: | EDWARDS, JEFFREY SCOT | Date Filed (f) or Converted (c): | 08/15/14 (c) |
| | EDWARDS, LINDA GOODWIN | 341(a) Meeting Date: | 09/18/14 |
| | | Claims Bar Date: | 12/17/14 |

Initial Projected Date of Final Report (TFR): 12/01/15     Current Projected Date of Final Report (TFR): 12/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-07108 -3F7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | EDWARDS, JEFFREY SCOT | | Bank Name: | UNION BANK |
| | EDWARDS, LINDA GOODWIN | | Account Number / CD #: | *******6263 Checking - Non Interest |
| Taxpayer ID No: | *******8100 | | | |
| For Period Ending: | 10/13/15 | | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/15 | | JEFFREY SCOT EDWARDS 595 CHIVAS COURT ORANGE PARK, FL 32073 | PAYMENT PER NOTICE | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/21/15 | 4 | Asset Sales Memo: | HOUSEHOLD GOODS AND FURNISHINGS $3,000.00 | | | | 10,000.00 |
| 01/21/15 | 7 | Asset Sales Memo: | JEWELRY  $500.00 | | | | 10,000.00 |
| 01/21/15 | 11 | Asset Sales Memo: | 1998 CHRYSLER SEBRING, 2004 NISSAN MURANO AND  $6,500.00 | | | | 10,000.00 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,985.00 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,970.00 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,955.00 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,940.00 |
| 07/22/15 | 003001 | GORDON P. JONES POST OFFICE BOX 600459 JACKSONVILLE FL  32260-0459 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 8,190.00 |
| 07/22/15 | 003002 | GORDON P. JONES POST OFFICE BOX 600459 JACKSONVILLE FL  32260-0459 | Chapter 7 Expenses | 2200-000 | | 116.38 | 8,073.62 |
| 07/22/15 | 003003 | PETER MOCKE, APPRAISER FLEMING & COMPANY, LLC 11636 DAVIS CREEK RD., E. JACKSONVILLE, FL  32256 | APPRAISER'S FEES | 3711-000 | | 559.00 | 7,514.62 |
| 07/22/15 | 003004 | EUGENE H JOHNSON JOHNSON LAW FIRM P.A. 100 N. LAURA STREET, SUITE 701 JACKSONVILLE, FL  32202 | ATTORNEY FEES | 3210-000 | | 3,960.00 | 3,554.62 |
| 07/22/15 | 003005 | EUGENE H JOHNSON JOHNSON LAW FIRM P.A. 100 N. LAURA STREET, SUITE 701 JACKSONVILLE, FL  32202 | ATTORNEY EXPENSES | 3220-000 | | 254.64 | 3,299.98 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-07108 -3F7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EDWARDS, JEFFREY SCOT | | Bank Name: | UNION BANK |
| | EDWARDS, LINDA GOODWIN | | Account Number / CD #: | *******6263  Checking - Non Interest |
| Taxpayer ID No: | *******8100 | | | |
| For Period Ending: | 10/13/15 | | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/15 | 003006 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 00001A, Payment 8.26719% | 4300-000 | | 3,299.98 | 0.00 |

| Account *******6263 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 4 | Deposits | 10,000.00 | 6 | Checks | 9,940.00 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 60.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 10,000.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 10,000.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 10,000.00 | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 19.00